**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7314**

ANTWAN JABAR LOCKWOOD,

          Plaintiff - Appellant,

    v.

SHERIFF AL CANON DETENTION CENTER,

          Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Aiken. Richard Mark Gergel, District Judge. (1:19-cv-02134-RMG)

Submitted: January 31, 2020               Decided: February 7, 2020

Before AGEE, THACKER, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Antwan Jabar Lockwood, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antwan Jabar Lockwood appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his amended 42 U.S.C. § 1983 (2018) complaint under 28 U.S.C. § 1915(e)(2)(B) (2018). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Lockwood v. Sheriff Al Canon Det. Ctr.*, No. 1:19-cv-02134-RMG (D.S.C. Sept. 9, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*